# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| **DAWN PROUSE** § | | |
| § | | |
| V. § | Case No. 1:10-CV-363 | |
| § | | |
| **PAUL L. PARDO and HUNT** § | | |
| **TRANSPORTATION, INC.** § | | |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a referral order entered on June 24, 2010. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant the parties' agreed motion to dismiss, and enter final judgment.

The magistrate judge's report is hereby **ADOPTED**, and the parties' "Agreed Motion to Dismiss" [Docket No. 10] is **GRANTED**. It is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

Final Judgment will be entered separately.

So **ORDERED** and **SIGNED** this **22** day of **November, 2010.**

_____
Ron Clark, United States District Judge